IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-CV-0930-RBJ

SANTIAGO ABREU,

Plaintiff,

v.

LOST DOG PIZZA LIMITED LIABILITY COMPANY,
d/b/a BROWN DOG PIZZA,

Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

**THIS MATTER** having come before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice [ECF No. 27], and the Court being fully advised in the premises,

**HEREBY GRANTS** the parties' Motion and **ORDERS** that this matter is dismissed with prejudice.

**SO ORDERED** this __7th__ day of __December__, 2016.

BY THE COURT:

_____
United States District Court Judge